UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **LIONEL GUILLORY** | : | **DOCKET NO. 2:16-cv-1764** |
| **VERSUS** | : | **UNASSIGNED DISTRICT JUDGE** |
| **SHERIFFS DEP'T JEFFERSON DAVIS PARISH, ET AL.** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation [doc. 34] of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the lack of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the Motion for Partial Summary Judgment [doc. 23] be **GRANTED** and that plaintiff's claims under 42 U.S.C. § 1983 be **DISMISSED WITH PREJUDICE**. The tort claims remain pending before the court.

**THUS DONE AND SIGNED** in Chambers this 29th day of April, 2019.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE